No. 38981.—Protest 905372–G of Edw. P. Paul & Co., Inc. (New York).

Opinion by McCLELLAND, P. J. It was stipulated that the merchandise consists of toilet soap in the form of figures. The claim at 20 percent under paragraph 1558 was sustained on the authority of Abstract 22094.